```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

                       Plaintiff,

-against-

Hims Health And Wellness,

                       Defendant.

23 Civ. 7650 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 3, 2024, the Court ordered Plaintiff to move for default judgment by January 16, 2024. ECF No. 14. The Court received no submissions by this deadline, and Plaintiff has not requested a certificate of default from the Clerk of Court. By **January 30, 2024**, Plaintiff shall move for default judgment.

    SO ORDERED.

Dated: January 18, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge